Emily J. Bordens, Esq.
Janell M. Ahnert, Esq., *Admitted Pro Hac Vice*
**BRESSLER, AMERY & ROSS, P.C.**
325 Columbia Turnpike
Florham Park, New Jersey 07932
(973) 514-1200 phone
*Attorneys for Defendant*
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| POOJA JADHAV, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA MERRILL LYNCH; BANK OF AMERICA, N.A., <br><br> Defendants. | Civil Action No. 3:18-cv-01110 (PGS)(TJB) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Pooja Jadhav and Defendant Bank of America, N.A. and/or their respective counsels that the above-captioned action is dismissed in its entirety with prejudice including, any and all claims, causes of action and allegations as set forth in Plaintiff's Complaint against Defendant without fees or costs to either party.

| **LAW OFFICES OF ERIC A. SHORE** | **BRESSLER, AMERY & ROSS, P.C.** |
|---|---|
| *Attorneys for Plaintiff* <br> *Pooja Jadhav* | *Attorneys for Defendant* <br> *Bank of America, N.A.* |
| By: _____ <br>       Graham F. Baird | By: _____ <br>       Emily J. Bordens |
| Dated: December 12, 2018 | Dated: December 12, 2018 |

SO ORDERED: _____
                        Hon. Peter G. Sheridan, U.S.D.J.

Dated: 12/18/18

5061859_1